

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-09-00086-CR

BRANDON DALE WOODRUFF, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 23,319

Before Morriss, C.J., Moseley and Burgess, JJ.

## O R D E R

As part of the appellate record in this matter, original exhibits were transferred to this Court for our use when this appeal was before us. Specifically, original documents marked "Defendant's Exhibits 31, 32, and 34" and "State's Exhibit 257" were transferred to this Court. It appears to this Court that the proper repository for these exhibits should be the Hunt County District Clerk's Office. Accordingly, we order the clerk of this Court to transfer the original exhibits filed in this appeal into the keeping of the Hunt County District Clerk by hand delivering the exhibits to the district clerk.

We further order the Hunt County District Clerk, Stacey Landrum, on receipt of said exhibits, to sign the enclosed receipt for said exhibits.

IT IS SO ORDERED.

BY THE COURT

Date:   April 20, 2017

RECEIPT FOR ORIGINAL EXHIBITS

I, Stacey Landrum, District Clerk of Hunt County, hereby acknowledge receipt of the following original exhibits from the Court of Appeals, Sixth Judicial District, Texarkana, Texas, in the case of *Brandon Dale Woodruff v. The State of Texas*, appellate cause number 06-09-00086-CR; trial court cause number 23,319: original documents marked "Defendant's Exhibits 31, 32, and 34" and "State's Exhibit 257."

_____
Stacey Landrum
Hunt County District Clerk

Date: _____